IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01036-PAB-MEH

LUKE IRVIN CHRISCO,

    Plaintiff,

v.

RICHARD F. RAEMISCH, Executive Director, Colorado Department of Corrections,
MS. KRAKOW, MHP, SCCF,
DR. RICHARD MALEY, SCCF MHP,
DONALD GIBSON, SCCF MHP,
MS. SPEARING, SCCF MHP, and
C.O. KEYS, SCCF,

    Defendants.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on the Stipulated Motion for an Administrative Stay Toward a Settlement Between the Parties [Docket No. 115], wherein plaintiff requested a "70-day stay . . . for the purpose of working out a settlement." Docket No. 115 at 2, ¶ 5. On February 15, 2019, defendants filed a status report stating that they have rejected plaintiff's settlement offer. Docket No. 124 at 2, ¶ 3. Accordingly, it is

    **ORDERED** that the Stipulated Motion for an Administrative Stay Toward a Settlement Between the Parties [Docket No. 115] is **DENIED** as moot.

    DATED March 5, 2019.