IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 17-cv-01036-PAB-MEH

LUKE IRVIN CHRISCO,

    Plaintiff,

v.

RICHARD F. RAEMISCH, Executive Director, Colorado Department of Corrections, et al.,

    Defendants.

## ORDER

    This matter is before the Court on the Recommendation of the United States Magistrate Judge [Docket No. 189] filed on July 30, 2020. The magistrate judge recommends that the case be administratively closed because plaintiff has been unable to access various filings in this case, including discovery and the defendants' motion for summary judgment. Docket No. 189 at 1. Additionally, during a status conference, plaintiff represented that, although his release from custody is imminent, he could be re-incarcerated and again lose access to the filings for this case. *Id.* Both plaintiff and defendants agreed to administratively close this case to give plaintiff time to receive the filings and draft a response to the pending motion for summary judgment. *Id.* at 2.

    On August 12, 2020, plaintiff filed a Notice [Docket No. 190] regarding the magistrate's recommendation that the case be administratively closed. In the notice, plaintiff provides further details regarding his inability to access the filings for this case. Docket No. 190 at 1-2. Plaintiff believes he should be released on August 29, 2020.

*Id.* at 1.  Additionally, plaintiff states that the filings were delivered to an old address and, once he was able to find assistance in delivering the filings to the Mesa County Jail, the jail allegedly would not allow the documents to be dropped off.  *Id.* at 2.  He was not able to receiving the filings until July 18, 2020, which was the first time he saw defendants' pending motion for summary judgment.  *Id.*

Local Civil Rule 41.2 permits a district judge to "order the clerk to close a civil action administratively subject to reopening for good cause."  D.C.COLO.LCivR 41.2.  The Court finds that plaintiff's lack of access to the docket is good cause to administratively close the case.  Plaintiff may move to re-open the case when his situation is stable.  Additionally, either party may move to re-open the case for other good cause.  Once the case is re-opened, the Court will issue an order regarding defendants' Motion for Summary Judgment [Docket No. 153].

For the foregoing reasons, it is

**ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 189] is **ACCEPTED** in part and **REJECTED** in part.  It is further

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.

DATED August 13, 2020.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge